## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| **JANE DOE,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil Action No.: 2:23-CV-10053-TGB-JJCG |
| | ) |
| **MERRICK GARLAND,** | ) |
| | ) |
| **In his Official Capacity as U.S. Attorney General, Department of Justice, Federal Bureau of Investigation, Agency,** | ) |
| | ) |
| **And JOHN SMITH, Individually,** | ) |
| | ) |
| **Defendants** | ) |

_____

### ORDER ON SEALED MOTION TO FILE RULE 12 MOTIONS IN RESPONSE TO PLAINTIFF'S COMPLAINT AND BRIEF IN SUPPORT THEREOF UNDER SEAL

AND NOW, this 20th day of April, upon consideration of Defendant Smith's uncontested Motion to File Rule 12 Motions in Response to the Plaintiff's Complaint and Brief in Support Thereof Under Seal, the file, and being otherwise fully advised in the premises, the Court finds the Motion should be granted.

It is therefore ORDERED the Motion is GRANTED. Defendant Smith's Rule 12 Motions in Response to the Plaintiff's Complaint and the Brief in Support Thereof is to be sealed.

It is further ORDERED the redacted version of the documents submitted as Exhibit A is to be filed publicly.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE